In the Matter of LINDA MILLER, Respondent, v. GREGORY MILLER, Appellant.—

Rabin, P. J., Munder, Latham, Christ and Brennan, JJ., concur.